## William Bradley *against* John Clark.

A judgment, which answers the issue, and on which execution was granted, will not be reversed, because it did not say, that the party should recover, and that execution should issue.

THIS was a writ of error from the judgment of a justice. The original action was book debt. The gene-

ral issue was pleaded, and found for the plaintiff. Judgment was entered up in these words:

" This court having considered the matter, and examined their books, and heard the witnesses, find, that the defendant is indebted to the plaintiff the sum of seven dollars debt, and his cost, taxed at two dollars and fifty-seven cents. Execution granted."

The errors assigned were,

1. That the court, has not rendered judgment that either of the parties should recover any thing of the other party.

2. That the court has not rendered judgment that execution should issue, but execution did issue.

The writ of error was read, and submitted, without argument.

THE COURT

Affirmed the judgment.(a)

(a) Vide *Clark* v. *Moses, Kirby,* 144.